## EXHIBIT G

## PROFESSIONAL FEES AND EXPENSES

|  | Previously Allowed | Pending Compensation Applications | Fees & Expenses Total |
|---|---|---|---|
| Trustee's Attorney's Name: Herzog & Schwartz | $ 4,000.00 | N/A | $ 4,000.00 |
| Trustee's Other Professionals Name: | N/A | N/A | N/A |
| Debtor's Attorney |  |  |  |
| Debtor's Accountant |  |  |  |
| Any Other Professional |  |  |  |
| TOTALS | $ 4,000.00 | $ 0.00 | $ 4,000.00 |