IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| IN RE: | ) | Chapter 7 | |
| | ) | | |
| ROMAN E. BENDER and | ) | Case No. 05 B 52978 | |
| SHARON J. BENDER, | ) | | |
| Debtors | ) | Hon. Pamela S. Hollis | |

### NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

To the Debtor(s), Creditors and other Parties in Interest:

1.      NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

At: United States Bankruptcy Court, 219 S. Dearborn, Courtroom 644, Chicago, IL 60604

On: **July 9, 2009**                    Time: **10:30 a.m.**

2.      The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.      The Trustee's Final Report shows total:

| | |
|---|---|
| Receipts | $ 48,151.25 |
| Disbursements | $   5,965.55 |
| Net Cash Available for Distribution | $ 42,185.70 |

4.      Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| David R. Herzog, Trustee in Bankruptcy | $ 12,000.00 | $ 12,000.00 | |
| Herzog & Schwartz, P.C. Attorneys for Trustee | $   4,000.00 | $ 4,000.00 | |
| Roman and Sharon Bender per Order 3/14/06 | $   2,114.11 | $ 2,114.11 | |

5.      Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| N/A | | | |

6.      No priority claims have been filed in this estate.

7.    Claims of general unsecured creditors totaling $35,312.36 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be .6816760477068.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 2 | American Express | $ 15,138.25 | $10,591.59 |
| 3 | LVNV Funding | $ 6,244.39 | $ 4,368.93 |
| 4 | eCast Settlement | $ 6,846.05 | $ 4,789.88 |
| 5 | Citibank | $ 7,083.67 | $ 4,956.14 |

8.    Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9.    The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10.    The Trustee proposes to abandon the following property at the hearing: N/A.

Dated: **June 5, 2009**                                                                      For the Court,

                                                              By:  **KENNETH S. GARDNER**
                                                                     Kenneth S. Gardner
                                                                     Clerk of the U.S. Bankruptcy Court
                                                                     219 So. Dearborn Street; 7th Floor
                                                                     Chicago, IL 60604

Trustee:        David R. Herzog
Address:        77 West Washington, Suite 1717
                    Chicago, Illinois 60602
Phone No.:    (312) 977-1600

# CERTIFICATE OF NOTICE

```
District/off: 0752-1              User: amcc7              Page 1 of 2              Date Rcvd: Jun 05, 2009
Case: 05-52978                   Form ID: pdf002          Total Served: 44
```

The following entities were served by first class mail on Jun 07, 2009.
```
db/jdb     +Roman E Bender,   Sharon J Bender,   9836 Circle Parkway,   Palos Park, IL 60464-1633
aty        +Cindy M. Johnson,   Johnson & Newby, LLC,   39 S. LaSalle Street,   Suite 820,
             Chicago, IL 60603-1616
tr         +David R Herzog,   Herzog & Schwartz PC,   77 W Washington Suite 1717,   Chicago, IL 60602-3943
10189357    American Express,   P.O. Box 360001,   Ft. Lauderdale, FL 33336-0001
10620688    American Express Centurion Bank,   c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
10189358    Associated Cardiovascular,   P.O. Box 95978,   Chicago, IL 60694-5978
10189359    Chase Manhatten,   P.O. Box 24696,   Columbus, OH 43224-0696
10189360   +Children's Memorial Medical Center,   75 Remittance Drive, Ste. 92611,   Chicago, IL 60675-1001
10189361   +Children's Surgical Foundation,   354 Eagle Way,   Chicago, IL 60678-0001
10189363   +CitiDriver's Edge Gold Card,   P.O. Box 6413,   The Lakes, NV 88901-6413
10189362    Citibank Ready Credit,   P.O. Box 769006,   San Antonio, TX 78245-9006
10701848   +Citibank/CHOICE,   Exception Payment Processing,   POB 6305,   The Lake NV  22906-6305
10189364    Citimortgage,   P.O. Box 183040,   Columbus, OH 43218-3040
10189365   +Great Lakes Collection Bureau Inc.,   45 Oak Street,   Buffalo, NY 14203-2620
10189366   +Harris & Harris Ltd.,   600 W. Jackson Blvd., Ste. 400,   Chicago, IL 60661-5675
10189369    Household Finance Corp.,   P.O. Box 9618,   Virginia Beach, VA 23450-9618
10189370   +ICS,   P.O. Box 646,   Oak Lawn, IL 60454-0646
10189377    Ingalls Hospital,   P.O. Box 75608,   Chicago, IL 60675-5608
10189378    JC Penneys,   P.O. Box 32000,   Orlando, FL 32890-3200
10189379   +Jeffrey Schiappa DO,   19001 Old La Gange Rd., 2nd Flr.,   Mokena, IL 60448-8013
10189382   +Luciano Dias, MD,   680 N. Lakeshore, Ste. 924,   Chicago, IL 60611-8701
10189384   +MCS Inc.,   P.O. Box 389459,   Chicago, IL 60638-9459
10189385    Medical Business Bureau, LLC,   P.O. Box 1219,   Park Ridge, IL 60068-7219
10189386   +Metro Rehab Services, Inc.,   11551 South Ridgeland Avenue,   Alsip, IL 60803-2409
10189387   +Montgomery Ward/Walmart,   c/o Arrow Financial Services,   21031 Network Place,
             Chicago, IL 60678-0001
10189389    NCO Financial Systems,   P.O. Box 41747,   Philadelphia, PA 19101-1457
10189390   +NCO Financial Systems,   507 Prudential Road,   Horsham, PA 19044-2368
10189391    NCO Financial Systems, Inc.,   650 W. Edison Rd., Ste. K,   Mishawaka, IN 46545
10189388   +National Credit & Collections Inc.,   9919 Roosevelt Road,   Westchester, IL 60154-2774
10189392   +Northland Group Inc.,   P.O. Box 390905,   Edina, MN 55439-0905
10189404   +PFF Emergency Services,   P.O. Box 428189,   Evergreen Park, IL 60805-8189
10189393   +Palos Community Hospital,   12251 S. 80th Avenue,   Palos Heights, IL 60463-0930
10189394   +Palos Community Hospital,   12251 S. 80th St.,   Palos Heights, IL 60463-0930
10189401   +Palos Emergency Medical Services Ltd.,   9944 S. Roberta Rd., Ste. 204,
             Palos Hills, IL 60465-1558
10189402    Pediatric Faculty Foundation,   P.O. Box 2787,   Springfield, IL 62708-2787
10189403   +Pellettieri & Associates, Ltd.,   991 Oak Creek Dr.,   Lombard, IL 60148-6408
10189405    Radiology & Nuclear Consultants,   7808 West College Dr.,   Palos Heights, IL 60463-1027
10189406   +Redline Recovery Services,   2350 North Forest Road, Ste. 31B,   Getzville, NY 14068-1398
10189407    Sears/Sherman Financial Group,   P.O. Box 182532,   Columbus, OH 43218-2532
10189408   +UIC Medical Center,   1740 Taylor Street,   Chicago, IL 60612-7232
10189409    UIC Physicians Group,   135 S. LaSalle St., Dept. 3293,   Chicago, IL 60674-3293
10692270    eCAST Settlement Corporation assignee of,   Household Finance Corporation,   POB 35480,
             Newark NJ 07193-5480
```

The following entities were served by electronic transmission on Jun 06, 2009.
```
10682407    E-mail/Text: resurgentbknotifications@resurgent.com
             LVNV Funding LLC., its successors and assigns, as,   assignee of Sears, Roebuck and Co.,
             Resurgent Capital Services,   P.O. Box 10587,   Greenville, SC 29603-0587
10189383   +E-mail/Text: tjordan@mcscol.com                          MCS,   725 S. Wells St., Ste. 700,
             Chicago, IL 60607-4578
                                                                                      TOTAL: 2
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10603788    Roman E. and Sharon J. Bender
10603789    Roman E. and Sharon J. Bender
10603790    Roman E. and Sharon J. Bender
10603791    Roman E. and Sharon J. Bender
aty*       +David R Herzog,   Herzog & Schwartz Pc,   77 W Washington Suite 1717,   Chicago, IL 60602-3943
10189367*  +Harris & Harris Ltd.,   600 W. Jackson Blvd., Ste. 400,   Chicago, IL 60661-5675
10189368*  +Harris & Harris, Ltd.,   600 W. Jackson Blvd., Ste. 400,   Chicago, IL 60661-5675
10189371*   ICS,   P.O. Box 646,   Oak Lawn, IL 60454-0646
10189372*   ICS,   P.O. Box 646,   Oak Lawn, IL 60454-0646
10189373*   ICS,   P.O. Box 646,   Oak Lawn, IL 60454-0646
10189374*   ICS,   P.O. Box 646,   Oak Lawn, IL 60454-0646
10189375*   ICS,   P.O. Box 646,   Oak Lawn, IL 60454-0646
10189376*   ICS,   P.O. Box 646,   Oak Lawn, IL 60454-0646
10189380*  +Jeffrey Schiappa, DO,   19001 Old La Gange Rd., 2nd Flr.,   Mokena, IL 60448-8013
10189381*  +Jeffrey Schiappa, DO,   19001 Old La Gange Rd., 2nd Flr.,   Mokena, IL 60448-8013
10189395*  +Palos Community Hospital,   12251 S. 80th Avenue,   Palos Heights, IL 60463-0930
10189396*  +Palos Community Hospital,   12251 S. 80th Avenue,   Palos Heights, IL 60463-0930
10189397*  +Palos Community Hospital,   12251 S. 80th Avenue,   Palos Heights, IL 60463-0930
10189398*  +Palos Community Hospital,   12251 S. 80th Avenue,   Palos Heights, IL 60463-0930
10189399*  +Palos Community Hospital,   12251 S. 80th Avenue,   Palos Heights, IL 60463-0930
10189400*  +Palos Community Hospital,   12251 S. 80th Avenue,   Palos Heights, IL 60463-0930
                                                                          TOTALS: 4, * 17
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

District/off: 0752-1        User: amcc7              Page 2 of 2              Date Rcvd: Jun 05, 2009
Case: 05-52978             Form ID: pdf002          Total Served: 44

```
***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 07, 2009**                **Signature:**    _Joseph Speetjens_