# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

In re: BENDER, ROMAN E § Case No. 05-52978
      BENDER, SHARON J § 
 §
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DAVID HERZOG, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $0.00 | Assets Exempt: $541,943.48 |
| Total Distribution to Claimants: $282,927.04 | Claims Discharged Without Payment: $11,275.71 |
| Total Expenses of Administration: $42,380.48 | |

3) Total gross receipts of $ 346,263.67 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 15,000.00 (see **Exhibit 2**), yielded net receipts of $331,263.67 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $220,427.68 | $258,890.39 | $258,890.39 | $258,890.39 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 0.00 | 42,380.48 | 42,380.48 | 42,380.48 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (fromExhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (fromExhibit 7) | 0.00 | 35,312.36 | 35,312.36 | 24,036.65 |
| **TOTAL DISBURSEMENTS** | $220,427.68 | $336,583.23 | $336,583.23 | $325,307.52 |

4) This case was originally filed under Chapter 7 on October 13, 2005. The case was pending for 48 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/22/2009          By: /s/DAVID HERZOG
                               Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| Non-estate assets -- deposited in wrong account | 1280-000 | 5,881.42 |
| 9836 CIRCLE PARKWAY, PALOS PARK, IL | 1110-000 | 340,000.00 |
| Interest Income | 1270-000 | 382.25 |
| **TOTAL GROSS RECEIPTS** | | **$346,263.67** |

¹The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Roman E. Bender | Homestead Exemption | 8100-002 | 7,500.00 |
| Sharon J. Bender | Homestead Exemption | 8100-002 | 7,500.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$15,000.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | | | | |

**UST Form 101-7-TDR (9/1/2009)**

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Citimortgage | 4110-000 | 220,427.68 | 228,890.39 | 228,890.39 | 228,890.39 |
| Chase Mortgage | 4110-000 | N/A | 30,000.00 | 30,000.00 | 30,000.00 |
| **TOTAL SECURED CLAIMS** | | $220,427.68 | $258,890.39 | $258,890.39 | $258,890.39 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Chicago Title | 2500-000 | N/A | 2,077.00 | 2,077.00 | 2,077.00 |
| Cook County | 2820-000 | N/A | 3,775.11 | 3,775.11 | 3,775.11 |
| Cook County | 2820-000 | N/A | 1,362.43 | 1,362.43 | 1,362.43 |
| Roman E. and Sharon J. Bender | 2990-000 | N/A | 2,114.11 | 2,114.11 | 2,114.11 |
| Nick Guiffre | 3510-000 | N/A | 17,000.00 | 17,000.00 | 17,000.00 |
| David R. Herzog | 2100-000 | N/A | 12,000.00 | 12,000.00 | 12,000.00 |
| Herzog & Schwartz, P.C. | 3110-000 | N/A | 4,000.00 | 4,000.00 | 4,000.00 |
| International Sureties | 2300-000 | N/A | 5.05 | 5.05 | 5.05 |
| INTERNATIONAL SURETIES | 2300-000 | N/A | 4.35 | 4.35 | 4.35 |
| International Sureties | 2300-000 | N/A | 42.43 | 42.43 | 42.43 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 42,380.48 | 42,380.48 | 42,380.48 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|

**UST Form 101-7-TDR (9/1/2009)**

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| American Express Centurion Bank | 7100-000 | N/A | 15,138.25 | 15,138.25 | 10,304.40 |
| LVNV Funding LLC., its successors and assigns, as | 7100-000 | N/A | 6,244.39 | 6,244.39 | 4,250.47 |
| Void - Entered in Error | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| eCAST Settlement Corporation assignee of | 7100-000 | N/A | 6,846.05 | 6,846.05 | 4,660.02 |
| Citibank/CHOICE | 7100-000 | N/A | 7,083.67 | 7,083.67 | 4,821.76 |
| Void - Entered in Error | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| Void - Entered in Error7 | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | 0.00 | 35,312.36 | 35,312.36 | 24,036.65 |

UST Form 101-7-TDR (9/1/2009)

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case Number: 05-52978  
Case Name: BENDER, ROMAN E  
             BENDER, SHARON J  
Period Ending: 09/22/09

Trustee: (330520) DAVID HERZOG  
Filed (f) or Converted (c): 10/13/05 (f)  
§341(a) Meeting Date: 01/11/06  
Claims Bar Date: 04/21/06

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 9836 CIRCLE PARKWAY, PALOS PARK, IL | 300,000.00 | 0.00 | | 340,000.00 | FA |
| 2 | CASH ON HAND | 300.00 | 0.00 | | 0.00 | FA |
| 3 | CHECKING ACCOUNT | 800.00 | 0.00 | | 0.00 | FA |
| 4 | FURNITURE | 1,000.00 | 0.00 | | 0.00 | FA |
| 5 | BOOKS, RECORDS, TAPES | 700.00 | 0.00 | | 0.00 | FA |
| 6 | BASSOON | 3,500.00 | 0.00 | | 0.00 | FA |
| 7 | CLOTHING | 600.00 | 0.00 | | 0.00 | FA |
| 8 | CAMERAS | 395.00 | 0.00 | | 0.00 | FA |
| 9 | LIFE INSURANCE POLICY #1 | 1,200.00 | 0.00 | | 0.00 | FA |
| 10 | LIFE INSURANCE POLICY #2 | 0.00 | 0.00 | | 0.00 | FA |
| 11 | LIFE INSURANCE POLICY #3 | 0.00 | 0.00 | | 0.00 | FA |
| 12 | WRISCO PROFIT SHARING | 500,330.55 | 0.00 | | 0.00 | FA |
| 13 | SUN TRUST 401K | 14,476.10 | 0.00 | | 0.00 | FA |
| 14 | PALOS BANK IRA | 2,096.83 | 0.00 | | 0.00 | FA |
| 15 | ACCRUED WAGES | 1,750.00 | 0.00 | | 0.00 | FA |
| 16 | 2005 FORESTER | 22,380.00 | 0.00 | | 0.00 | FA |
| 17 | COMPUTERS | 895.00 | 0.00 | | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 382.25 | Unknown |
| 18 | Assets   Totals (Excluding unknown values) | $850,423.48 | $0.00 | | $340,382.25 | $0.00 |

**Major Activities Affecting Case Closing:**

    File final report.

Initial Projected Date Of Final Report (TFR):   December 31, 2006       Current Projected Date Of Final Report (TFR):   March 1, 2009

Printed: 09/22/2009 10:39 AM   V.11.50

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 05-52978 | Trustee: | DAVID HERZOG (330520) |
|---|---|---|---|
| Case Name: | BENDER, ROMAN E / BENDER, SHARON J | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****86-65 - Money Market Account |
| Taxpayer ID #: | 13-7508111 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 09/22/09 | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 03/21/06 | | Chicago Title | Non-estate assets -- deposited in wrong account | 1280-000 | 5,881.42 | | 5,881.42 |
| 03/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 0.56 | | 5,881.98 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 3.72 | | 5,885.70 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 4.00 | | 5,889.70 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 3.87 | | 5,893.57 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 4.01 | | 5,897.58 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 4.01 | | 5,901.59 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 3.75 | | 5,905.34 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 4.14 | | 5,909.48 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 3.88 | | 5,913.36 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 3.75 | | 5,917.11 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 3.94 | | 5,921.05 |
| 02/22/07 | 1001 | International Sureties | PRO-RATA BOND PREMIUM PAYMENT | 2300-000 | | 5.05 | 5,916.00 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 2.95 | | 5,918.95 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 3.16 | | 5,922.11 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 3.26 | | 5,925.37 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 3.26 | | 5,928.63 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 3.06 | | 5,931.69 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 3.37 | | 5,935.06 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 3.27 | | 5,938.33 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 2.95 | | 5,941.28 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 3.48 | | 5,944.76 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 3.09 | | 5,947.85 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 3.02 | | 5,950.87 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 2.72 | | 5,953.59 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 1.22 | | 5,954.81 |
| 03/12/08 | 1002 | INTERNATIONAL SURETIES | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/12/2008 FOR CASE #05-52978 Voided on 03/12/08 | 2300-000 | | 4.98 | 5,949.83 |
| 03/12/08 | 1002 | INTERNATIONAL SURETIES | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/12/2008 FOR CASE #05-52978 Voided: check issued on 03/12/08 | 2300-000 | | -4.98 | 5,954.81 |
| 03/12/08 | 1003 | IDEBTOR'S BANKRUPTCY ESTATE | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/12/2008 FOR CASE #05-52978 | 2300-000 | | 4.35 | 5,950.46 |

Subtotals: $5,959.86    $9.40

{} Asset reference(s)

Printed: 09/22/2009 10:39 AM    V.11.50

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 05-52978 | | Trustee: | DAVID HERZOG (330520) |
|---|---|---|---|---|
| Case Name: | BENDER, ROMAN E | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | BENDER, SHARON J | | Account: | \*\*\*-\*\*\*\*\*86-65 - Money Market Account |
| Taxpayer ID #: | 13-7508111 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 09/22/09 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 03/12/08 | 1003 | IDEBTOR'S BANKRUPTCY ESTATE | Voided on 03/12/08<br>BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/12/2008 FOR CASE #05-52978 | | 2300-000 | | -4.35 | 5,954.81 |
| 03/12/08 | 1004 | INTERNATIONAL SURETIES | Voided: check issued on 03/12/08<br>BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/12/2008 FOR CASE #05-52978 | | 2300-000 | | 4.35 | 5,950.46 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | | 1270-000 | 1.10 | | 5,951.56 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | | 1270-000 | 0.83 | | 5,952.39 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | | 1270-000 | 0.74 | | 5,953.13 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | | 1270-000 | 0.75 | | 5,953.88 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | | 1270-000 | 0.75 | | 5,954.63 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | | 1270-000 | 0.70 | | 5,955.33 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | | 1270-000 | 0.78 | | 5,956.11 |
| 10/03/08 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.1500% | | 1270-000 | 0.04 | | 5,956.15 |
| 10/03/08 | | To Account #\*\*\*\*\*\*\*\*\*8666 | Transfer of Funds - Correction of Account | | 9999-000 | | 5,956.15 | 0.00 |
| 10/08/08 | | Estate of Larry and Lynette Haynes | Correction of Account | | | 42,172.87 | | 42,172.87 |
| | {1} | Chicago Title - Judith Karas | Sale of real estate | 340,000.00 | 1110-000 | | | 42,172.87 |
| | | Nick Guiffre | Broker Commission | -17,000.00 | 3510-000 | | | 42,172.87 |
| | | Chicago Title | Closing costs | -2,077.00 | 2500-000 | | | 42,172.87 |
| | | Citimortgage | 1st mortgage | -228,890.39 | 4110-000 | | | 42,172.87 |
| | | Chase Mortgage | 2nd Mortgage | -30,000.00 | 4110-000 | | | 42,172.87 |
| | | Roman E. Bender | Homestead Exemption | -7,500.00 | 8100-002 | | | 42,172.87 |
| | | Sharon J. Bender | Homestead Exemption | -7,500.00 | 8100-002 | | | 42,172.87 |
| | | Cook County | County taxes | -1,362.43 | 2820-000 | | | 42,172.87 |
| | | Cook County | Back real estate taxes | -3,775.11 | 2820-000 | | | 42,172.87 |
| | Int | | | 277.80 | 1270-000 | | | 42,172.87 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | | 1270-000 | 3.21 | | 42,176.08 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | | 1270-000 | 3.31 | | 42,179.39 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 2.99 | | 42,182.38 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 1.72 | | 42,184.10 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 1.60 | | 42,185.70 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 1.83 | | 42,187.53 |
| 04/14/09 | 1005 | International Sureties | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 04/14/2009 FOR CASE #05-52978 | | 2300-000 | | 42.43 | 42,145.10 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 1.72 | | 42,146.82 |

Subtotals :    $42,194.94    $5,998.58

{} Asset reference(s)    Printed: 09/22/2009 10:39 AM    V.11.50

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 05-52978 | | Trustee: | DAVID HERZOG (330520) |
| --- | --- | --- | --- | --- |
| Case Name: | BENDER, ROMAN E | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | BENDER, SHARON J | | Account: | ***-*****86-65 - Money Market Account |
| Taxpayer ID #: | 13-7508111 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 09/22/09 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.66 | | 42,148.48 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.83 | | 42,150.31 |
| 07/09/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.45 | | 42,150.76 |
| 07/09/09 | | To Account #********8666 | TRANSFER OF FUNDS TO NEW OPEN BANK ACCOUNT WITH CHASE BRANCH 312 | 9999-000 | | 42,150.76 | 0.00 |
| | | | ACCOUNT TOTALS | | 48,158.74 | 48,158.74 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 48,106.91 | |
| | | | Subtotal | | 48,158.74 | 51.83 | |
| | | | Less: Payments to Debtors | | | 15,000.00 | |
| | | | NET Receipts / Disbursements | | $48,158.74 | $-14,948.17 | |

{} Asset reference(s)   Printed: 09/22/2009 10:39 AM   V.11.50

# Form 2
## Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 05-52978 | | Trustee: | DAVID HERZOG (330520) |
|---|---|---|---|---|
| Case Name: | BENDER, ROMAN E | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | BENDER, SHARON J | | Account: | \*\*\*-\*\*\*\*\*86-66 - Checking Account |
| Taxpayer ID #: | 13-7508111 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 09/22/09 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/03/08 | | From Account #\*\*\*\*\*\*\*\*8665 | Transfer of Funds - Correction of Account | 9999-000 | 5,956.15 | | 5,956.15 |
| 10/08/08 | 101 | Estate of Larry and Lynette Haynes | Correction of Account | 9999-000 | | 5,956.15 | 0.00 |
| 07/09/09 | | From Account #\*\*\*\*\*\*\*\*8665 | TRANSFER OF FUNDS TO NEW OPEN BANK ACCOUNT WITH CHASE BRANCH 312 | 9999-000 | 42,150.76 | | 42,150.76 |
| 07/09/09 | 102 | David R. Herzog | Trustee's Final Compensation | 2100-000 | | 12,000.00 | 30,150.76 |
| 07/09/09 | 103 | Herzog & Schwartz, P.C. | Final Distribution | 3110-000 | | 4,000.00 | 26,150.76 |
| 07/09/09 | 104 | Roman E. and Sharon J. Bender | Reimbursement Admin Expense per Order dated 3/14/06 | 2990-000 | | 2,114.11 | 24,036.65 |
| 07/09/09 | 105 | American Express Centurion Bank | Final Distribution | 7100-000 | | 10,304.40 | 13,732.25 |
| 07/09/09 | 106 | LVNV Funding LLC., its successors and assigns, as | | 7100-000 | | 4,250.47 | 9,481.78 |
| 07/09/09 | 107 | eCAST Settlement Corporation assignee of | | 7100-000 | | 4,660.02 | 4,821.76 |
| 07/09/09 | 108 | Citibank/CHOICE | | 7100-000 | | 4,821.76 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 48,106.91 | 48,106.91 | $0.00 |
| | | | Less: Bank Transfers | | 48,106.91 | 5,956.15 | |
| | | | **Subtotal** | | 0.00 | 42,150.76 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$42,150.76** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # \*\*\*-\*\*\*\*\*86-65 | 48,158.74 | -14,948.17 | 0.00 |
| Checking # \*\*\*-\*\*\*\*\*86-66 | 0.00 | 42,150.76 | 0.00 |
| | $48,158.74 | $42,202.59 | $0.00 |

{} Asset reference(s)   Printed: 09/22/2009 10:39 AM   V.11.50